IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICTION OF MISSISSIPPI
OXFORD DIVISION

RENITA WILLIAMS,      PLAINTIFF,

V.      CASE NO.: 3:20-CV-00059-NBB-RP

SERVICEPRO, LLC, and
JOHN & JANE DOES 1-10,      DEFENDANTS.

## JUDGMENT OF DISMISSAL

Defendant moves for dismissal of this civil action on the basis that it has been settled. Plaintiff is not opposed and the agreement of the Parties is for Plaintiff to be responsible for liens, if any, and indemnify and hold harmless Defendant in regard to any liens. It is, therefore, ordered and adjudged that any and all claims brought, or which may have been brought, relating to this accident which is the subject of this civil action, are hereby dismissed, with prejudice, and Defendant is released in all respects with no further liability on any matters relating to this Civil Action for claims or liens, known or unknown, relating to this lawsuit or the claim giving rise to it.

It is, therefore, ordered and adjudged that this civil action is dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

SO ORDERED, this _____ day of _____, 2021.

_____
United States District Judge

AGREED AND APPROVED:

_____
Ray Gustavis, MSB 105344
120 North Congress St., Ste. 200
Jackson, MS 39201
*Attorney for Plaintiff*

_____
Richard D. Underwood, MSB 8533
6060 Primacy Parkway, Ste 100
Memphis, TN 38119
*Attorney for Defendant*